IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:96CR53 |
| v. | ) | |
| ANTHONY J. ANDRETTI, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 13th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge